HONORABLE BARBARA J. ROTHSTEIN

1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON AT SEATTLE
8

9   SPRINGBROOK RESERVE CONDOMINIUM
    ASSOCIATION, a Washington Non-Profit
10  Corporation,                                   NO. 2:22-cv-01768-BJR

11                      Plaintiff,
                                                   STIPULATED MOTION AND ORDER OF
12  v.                                             DISMISSAL WITH PREJUDICE

13  COUNTRY CASUALTY INSURANCE
    COMPANY, an Illinois Corporation; COUNTRY      CLERK'S ACTION REQUIRED
14  MUTUAL INSURANCE COMPANY, an Illinois
    Corporation; and DOE INSURANCE
15  COMPANIES 1–10,

16                      Defendants.

17                          **I. STIPULATION**

18       IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the

19  parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-

20  referenced case shall be dismissed with prejudice and without an award of costs or fees to either

21  party.

22  ///

23  ///

24  ///

25  ///

26  ///

27

    STIPULATED MOTION AND ORDER OF                    STEIN, SUDWEEKS & STEIN, PLLC
    DISMISSAL WITH PREJUDICE - 1                  16400 SOUTHCENTER PARKWAY, SUITE 410
                                                         TUKWILA, WA 98188
                                                  PHONE 206.388.0660   FAX 206.286.2660

1    DATED this 26th day of January, 2024.

2

3                          **STEIN, SUDWEEKS & STEIN, PLLC**

4                          /s/ *Jerry H. Stein*
                           /s/ *Justin D. Sudweeks*
                           /s/ *Daniel J. Stein*
5                          /s/ *Jessica R. Burns*
                           Jerry H. Stein, WSBA #27721
6                          Justin D. Sudweeks, WSBA #28755
                           Daniel J. Stein, WSBA #48739
7                          Jessica R. Burns, WSBA #49852
                           16400 Southcenter Parkway, Suite 410
8                          Tukwila, WA 98188
                           Email: jstein@condodefects.com
9                          Email: justin@condodefects.com
                           Email: dstein@condodefects.com
10                         Email: jessica@condodefects.com
                           Telephone: (206) 388-0660
11                         Facsimile: (206) 286-2660
                           ***Attorneys for Plaintiff Springbrook Reserve***
12                         ***Condominium Association***

13

14                         **DAVIS ROTHWELL EARLE & XÒCHIHUA P.C.**

15                         */s/ Keith M. Liguori*
                           Keith M. Liguori, WSBA #51501
16                         701 Fifth Avenue, Suite 5500
                           Seattle, WA 98104
17                         Email: kliguori@davisrothwell.com
                           Telephone: (206) 622-2295
18                         ***Attorneys for Defendants Country Casualty***
                           ***Insurance Company and Country Mutual Insurance***
19                         ***Company***

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2

## II. ORDER

The Court having reviewed the foregoing stipulation of the parties, now, therefore,

HEREBY ORDERS, ADJUDGES, AND DECREES that the above-referenced case is dismissed

with prejudice and without an award of attorney fees or costs to either party.

IT IS SO ORDERED.

DATED this 29th day of January, 2024.

Honorable Barbara J. Rothstein

Presented by:

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica R. Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
*Attorneys for Plaintiff Springbrook Reserve Condominium Association*

**DAVIS ROTHWELL EARLE & XÒCHIHUA P.C.**

/s/ *Keith M. Liguori*
Keith M. Liguori, WSBA #51501
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Email: kliguori@davisrothwell.com
Telephone: (206) 622-2295
*Attorneys for Defendants Country Casualty*
*Insurance Company and Country Mutual Insurance Company*

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on January 26, 2024, a copy of the foregoing ***Document*** and this

3  ***Certificate of Service*** were served on counsel below as noted:

4  Attorney for Defendants Country Mutual
   Insurance Company and Country Casualty

5  Insurance Company:
   Keith M. Liguori                        ☐ via US Mail

6  Davis Rothwell Earle & Xòchihua P.C.    ☐ via Legal Messenger
   701 Fifth Avenue, Suite 5500            ☐ via E-Mail

7  Seattle, WA 98104                       ☑ via USDC ECF
   Email: kliguori@davisrothwell.com

8

9        I declare under penalty of perjury under the laws of the State of Washington that the

10  foregoing is true and correct.

11        DATED this 26th day of January, 2024, at Tukwila, Washington.

12                              *s/Zach Heafner*
                               Zach Heafner

13                             Stein, Sudweeks & Stein, PLLC
                               16400 Southcenter Parkway, Suite 410

14                             Tukwila, WA 98188
                               Email: zach@condodefects.com

15                             Phone: (206) 388-0660

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 4

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660